STIMPSON (WOODMAN v.). See Case No. 17,979.

STIMSON (CARRINGTON v.). See Case No. 2,450.

STINER (UNITED STATES v.). See Case No. 16,404.

STINGER (BUTT v.). See Case No. 2,246.

———————

## Case No. 13,458.

### STINGLE'S CASE.

District Court, E. D. Pennsylvania. Sept. 4, 1863.

ARMY—LIABILITY TO DRAFT—HABEAS CORPUS.

1. Under the act of March 3, 1863, § 3 [12 Stat. 731], if a married man over thirty-five years of age were enrolled and drafted in the first class, he might be discharged by a federal court on habeas corpus.

2. A person illegally conscripted into the federal army may be discharged on habeas corpus.

[Cited in Brightley's Dig. 51, 440, to the points as given above. Nowhere reported: opinion not now accessible. Decided by CADWALADER, District Judge.]